THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff Maria Bell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CS GLOBAL SF LLC; and DOES 1-20,<br><br>Defendant. | Civil Case No.: 3:17-cv-07294<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>Date: May 2, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom B, 15th Floor<br>Judge: Hon. Laurel Beeler |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 2, 2019, at 9:30 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom B, 15th Floor, Plaintiff Maria Bell ("Plaintiff") will present her application for a default judgment against defendant CS Global SF LLC ("Defendant"). The clerk has previously entered the default of Defendant on November 20, 2018.

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendant has done business, and currently does business, under the name "City Sightseeing San Francisco." City Sightseeing San Francisco is a private transportation company that provides sightseeing tours in San Francisco. *See* Second Amended Complaint (ECF No. 16), ¶ 17.

2. Defendant is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

3. Defendant has not appeared in this action;

4. The class includes Plaintiff and all other individuals who are currently employed, or formerly have been employed, by Defendant as a bus operator or in an equivalent position in California at any time on or after December 22, 2013. *See* Second Amended Complaint (ECF No. 16), ¶ 29.

5. Pursuant to the Private Attorneys General Act of 2004, California Labor Code § 2698 *et seq.* ("PAGA"), the "aggrieved employees" are a subset of class members, specifically, those who have worked for Defendant on or after December 22, 2016.

6. As requested in the operative complaint, ECF No. 16, Prayer for Relief (d), Plaintiff Maria Bell should be appointed as the class representative, and her counsel, Steven G. Tidrick and Joel B. Young of The Tidrick Law Firm, should be appointed as Class Counsel.

7. As set forth in the declarations of Maria Bell and Joel B. Young, Esq., filed herewith, Plaintiff is entitled to judgment against Defendant on account of the

claims pleaded in the second amended complaint (ECF No. 16), specifically:

    a. Unpaid overtime wages arising from Plaintiff's California Business & Professions Code § 17200 ("UCL") claim for restitution premised on violations of the Fair Labor Standards Act ("FLSA") overtime rules: $347,289.93 payable to Plaintiff and class members;

    b. Interest on UCL claims: $47,112.98 payable to Plaintiff and class members;

    c. Penalties for violations of Labor Code Section 226(a)-(e): $96,300 payable to Plaintiff and class members;

    d. Civil penalties under PAGA for Defendant's violations of Labor Code § 226(a)-(e): $192,600, of which 25% ($48,150) is payable to the aggrieved employees, and 75% ($144,450) is payable to the State of California's Labor and Workforce Development Agency ("LWDA");

    e. Civil penalties under PAGA for Defendant's violations of Labor Code § 201: $2,100, of which 25% ($525) is payable to the aggrieved employees, and 75% ($1,575) is payable to the LWDA;

    f. Civil penalties under PAGA for Defendant's violations of Labor Code § 202: $2,100, of which 25% ($525) is payable to the aggrieved employees, and 75% ($1,575) is payable to the LWDA;

    g. Labor Code § 203 penalties: $273,600 payable to Plaintiff and class members;

    h. Civil penalties under PAGA for Defendant's violations of Labor Code § 203: $2,100, of which 25% ($525) is payable to the aggrieved employees, and 75% ($1,575) is payable to the LWDA; and

    i. Civil penalties under PAGA for Defendant's violations of Labor Code § 204: $192,600, of which 25% ($48,150) is payable to the aggrieved employees, and 75% ($144,450) is payable to the State of California's Labor and Workforce Development Agency ("LWDA"); and

8. The amount of judgment sought (the sum of the foregoing) is $1,155,802.91.

This Application is based on this Notice, the declarations of Maria Bell and Joel B. Young, Esq., and the pleadings, files, and other matters that may be presented at the hearing.

DATED: March 6, 2019

Respectfully submitted,

THE TIDRICK LAW FIRM

By: /s/ Steven G. Tidrick
STEVEN G. TIDRICK, SBN 224760

STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662

Attorneys for Individual and Representative
Plaintiff Maria Bell